AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of ) <br> A U.S. POSTAL SERVICE PARCEL: TRACKING ) <br> NUMBER 9405 5362 0830 3308 7157 98 ) <br> CURRENTLY LOCATED AT DULLES ) <br> PROCESSING AND DISTRIBUTION CENTER AT ) <br> 44715 PRENTICE DRIVE, DULLES, VIRGINIA ) <br> 20101 IN THE EASTERN DISTRICT OF VIRGINIA | Case No. 1:26-SW-338 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A.

located in the _____ Eastern _____ District of _____ Virginia _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S. Code § 841(a)(1) | Possession with intent to distribute and distribution of controlled substances |

The application is based on these facts:
See attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*William Rutz*
*Applicant's signature*

*Reviewed by AUSA/SAUSA:*
SAUSA Emily Eitzen/AUSA April Russo
*Printed name and title*

William Rutz; Task Force Officer, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means)*.

Date: _____ 4/24/2026 _____

*Judge's signature*

City and state:  Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## ITEM TO BE SEARCHED

The **SUBJECT PARCEL** is described as follows:

| Subject Parcel | Express (E), Priority (P), First Class (F), or Registered (R) Tracking ID Number | From: Name and Address | To: Name and Address | Current Parcel Location |
|---|---|---|---|---|
| 1 | (P) 9405 5362 0830 3308 7157 98 | APT FULFILLMENT LTD 8768 POE BRANCH SODDY-DAISY TN 37379 | JANICE MULLER 6124 N MORGAN ST ALEXANDRIA VA 22312-5518 | USPS P&DC in Dulles, VA, located in the Eastern District of Virginia |



10

**ATTACHMENT B**

**DESCRIPTION OF ITEMS TO BE SEIZED**

1.     All contents of the **SUBJECT PARCEL** described in Attachment A that relate to violations of 21 U.S.C. § 841 (the "Target Offense"), including:

   a.  Narcotics or other controlled substances, as well as contraband related to drug trafficking, *e.g.*, packaging materials;

   b.  Any United States currency or other financial instruments that appear to be proceeds related to the distribution or purchase of illegal narcotics;

   c.  Any customer or distributor records related to drug trafficking;

   d.  Any items used to track the contents of the package;

   e.  Business ledgers, lists, and notations relating to drug trafficking;

   f.  Records of a financial nature that suggest how payment for illegal narcotics is conducted; and

   g.  Other evidence of transactions in relation to drug trafficking.

11