AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

In the Matter of the Search of )
|  | ) |
| A U.S. POSTAL SERVICE PARCEL: TRACKING NUMBER 9405 5362 0830 3308 7157 98 CURRENTLY LOCATED AT DULLES PROCESSING AND DISTRIBUTION CENTER AT 44715 PRENTICE DRIVE, DULLES, VIRGINIA 20101 IN THE EASTERN DISTRICT OF VIRGINIA | ) ) ) ) ) ) Case No.  1:26-SW-338 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Virginia_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before      _____May 8, 2026_____      *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Lindsey R. Vaala_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      _____4/24/2026 9:30 am_____

_____
*Judge's signature*

City and state:      _____Alexandria, Virginia_____        _____Hon. Lindsey R. Vaala, U.S. Magistrate Judge_____
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |
|---|

| Case No.:<br>1:26-SW-338 | Date and time warrant executed:<br>04/24/2026 1:32 PM | Copy of warrant and inventory left with:<br>USPIS |
|---|---|---|

| Inventory made in the presence of :<br>Rutz / Cho |
|---|

Inventory of the property taken and name(s) of any person(s) seized:

1. 250 Xanax tablets.
2. 50 Oxavar tablets.
3. USPS box and packaging materials.

| **Certification** |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   04/24/2026

<u>*Executing officer's signature*</u>

William Rutz, Task Force Officer, USPIS

*Printed name and title*

## ATTACHMENT A

## ITEM TO BE SEARCHED

The **SUBJECT PARCEL** is described as follows:

| Subject Parcel | Express (E), Priority (P), First Class (F), or Registered (R) Tracking ID Number | From: Name and Address | To: Name and Address | Current Parcel Location |
|---|---|---|---|---|
| 1 | (P) 9405 5362 0830 3308 7157 98 | APT FULFILLMENT LTD 8768 POE BRANCH SODDY-DAISY TN 37379 | JANICE MULLER 6124 N MORGAN ST ALEXANDRIA VA 22312-5518 | USPS P&DC in Dulles, VA, located in the Eastern District of Virginia |



10

**ATTACHMENT B**

**DESCRIPTION OF ITEMS TO BE SEIZED**

1.      All contents of the **SUBJECT PARCEL** described in Attachment A that relate to violations of 21 U.S.C. § 841 (the "Target Offense"), including:

a.   Narcotics or other controlled substances, as well as contraband related to drug trafficking, *e.g.*, packaging materials;

b.   Any United States currency or other financial instruments that appear to be proceeds related to the distribution or purchase of illegal narcotics;

c.   Any customer or distributor records related to drug trafficking;

d.   Any items used to track the contents of the package;

e.   Business ledgers, lists, and notations relating to drug trafficking;

f.   Records of a financial nature that suggest how payment for illegal narcotics is conducted; and

g.   Other evidence of transactions in relation to drug trafficking.